# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles Douglas Teagle<br>            <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 15-18900 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Motor Credit Corporation, and index same on the master mailing list.

                                      Respectfully submitted,

                                      **<u>/s/ Matteo S. Weiner, Esq.</u>**
                                      Matteo S. Weiner, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322 FAX (215) 627-7734