```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                    Case No. 15-18900-amc
Charles Douglas Teagle                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Denine                 Page 1 of 2                  Date Rcvd: Feb 24, 2017
                              Form ID: pdf900              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db             +Charles Douglas Teagle,    8636 Rugby Street,    Philadelphia, PA 19150-2706
cr             ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corp,     19001 S. Western Ave,    WF-21,
                 Torrance, CA  90509)
13646825       +First National Collect,    610 Waltham Way,    Mccarran, NV 89434-6695
13646826       +First National Collection Bureau, Inc.,     610 Waltham Way,    Sparks, NV 89434-6695
13646828       +Lease Rental,    45 Haverhill St,    Andover, MA 01810-1499
13646833       +PGW,    800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
13646832       +Peco,    PO Box 13439,    Philadelphia, PA 19101-3439
13714483       +Peritus Portfolio Services II, LLC / NCEP,     P.O. Box 141419,    Irving, TX 75014-1419
13646834       +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13729402       +Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13646835       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13646836        Superiorcu,    1000 Crosskeys Rd,    Collegeville, PA 19426
13673153       +TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
13646840       +Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
13646841       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13646842       +Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13646821       +allied interstate,    7525 West Campus Road,    New Albany, OH 43054-1121
13646823        comcast,    po box 306,    Southeastern, PA 19398-3006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 25 2017 02:13:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2017 02:12:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 25 2017 02:13:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13646820       +E-mail/Text: EBNProcessing@afni.com Feb 25 2017 02:13:19     Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
13654246        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2017 02:06:01
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13686536        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2017 02:06:01
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13734223        E-mail/Text: bankruptcy@phila.gov Feb 25 2017 02:13:39     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13646942       +E-mail/Text: bankruptcy@cavps.com Feb 25 2017 02:13:24     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13646824       +E-mail/Text: bknotice@erccollections.com Feb 25 2017 02:13:16     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13646827       +E-mail/Text: mjackson@hillcrestdavidson.com Feb 25 2017 02:12:22     Hillcrest Davidson & A,
                 850 N Dorothy Dr Ste 512,    Richardson, TX 75081-2794
13646829       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2017 01:51:01     LVNV Funding,
                 PO Box 10497,    Greenville, SC 29603-0497
13677556       +E-mail/Text: bknotices@totalcardinc.com Feb 25 2017 02:13:14     Mid America Bank & Trust,
                 TCI,    PO Box 5217,    Sioux Falls, SD 57117-5217
13646830       +E-mail/Text: blegal@phfa.org Feb 25 2017 02:13:15     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13714483       +E-mail/Text: peritus@ebn.phinsolutions.com Feb 25 2017 02:14:32
                 Peritus Portfolio Services II, LLC / NCEP,    P.O. Box 141419,    Irving, TX 75014-1419
13698205        E-mail/Text: appebnmailbox@sprint.com Feb 25 2017 02:13:11     Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13646839       +E-mail/Text: bknotices@totalcardinc.com Feb 25 2017 02:13:14     total card inc,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13646831*      +Pa Housing Finance Age,    211 N Front St,    Harrisburg, PA 17101-1406
13646837*       Superiorcu,    1000 Crosskeys Rd,    Collegeville, PA 19426
13646838*       Superiorcu,    1000 Crosskeys Rd,    Collegeville, PA 19426
13646822       ##+Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Denine                Page 2 of 2              Date Rcvd: Feb 24, 2017
                              Form ID: pdf900             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
```
          BARBARA A. FEIN    on behalf of Creditor    Toyota Motor Credit Corp juliep@lobaf.com,
           lawofficeofbarbarafein@gmail.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          GEORGETTE   MILLER    on behalf of Debtor Charles Douglas Teagle info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com
          GEORGETTE   MILLER    on behalf of Plaintiff Charles Douglas Teagle info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
           ecfemails@ph13trustee.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :         Chapter 13

CHARLES DOUGLAS TEAGLE

Debtor(s)
                                               :         Bankruptcy No. 15-18900AMC

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 22nd day of February 2017 upon consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
  B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
  C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
  D. the plan has been proposed in good faith and not by any means forbidden by law;
  E. the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
  F. with respect to each allowed secured claim provided for by the plan-
    (1) the holder of such claim has accepted the plan;
    (2) (a)    the plan provides that the holder of such claim retain the lien securing such claim, and
        (b)    the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
    (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
  G. the debtor will be able to make all payments under the plan and to comply with the plan;
WHEREFORE, it is ORDERED:
  1. that the plan is CONFIRMED
  2. that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
  3. that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge