United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18900-amc
Charles Douglas Teagle                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW           Page 1 of 1         Date Rcvd: Mar 21, 2017
                        Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db             +Charles Douglas Teagle,    8636 Rugby Street,    Philadelphia, PA 19150-2706
cr            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corp,    19001 S. Western Ave,   WF-21,
                 Torrance, CA  90509)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              BARBARA A. FEIN    on behalf of Creditor   Toyota Motor Credit Corp juliep@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              GEORGETTE MILLER   on behalf of Debtor Charles Douglas Teagle info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              GEORGETTE MILLER    on behalf of Plaintiff Charles Douglas Teagle info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Charles Douglas Teagle <br> _Debtor_ | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 15-18900 AMC |
| Charles Douglas Teagle <br> _Debtor_ | |
| William C. Miller Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA RAV4 , VIN: 2T3RFREV9FW402912  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  21st   day of  March  , 2017.

Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Charles Douglas Teagle
8636 Rugby Street
Philadelphia, PA  19150

Georgtte Miller,
335 Evesham Avenue
Lawnside, NJ 08045

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532