## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Charles Teagle                                        :  CHAPTER 13
                                                             :
        **Debtors,**                                          :  CASE NO. 15-18900

## NOTICE OF SUPPLEMENTAL APPLICATION FOR COMPENSATION

To the Debtors, counsel Trustee, all creditors and parties in interest,

NOTICE IS GIVEN THAT:

        Law Offices of Georgette Miller, Esq., P.C., counselors for the Debtors, has filed
a Supplemental Application for Compensation and Reimbursement of Expenses and has
applied for additional fees in the amount of $1950.00 in the above referenced matter.

        Any creditor or party in interest may file an answer, objection or request for
hearing concerning the Application with the Clerk, U.S. Bankruptcy Court, Robert N.C.
Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, and serve a
copy on the counsel for the applicant, whose name and address appears below, on or
before twenty(20) days from the date of this notice.

        In the absence of any answer, objection or request for hearing, counsel shall so
certify and the Court may consider the application.

DATE: August 7, 2017                          BY: */s/ Georgette A. Miller*
                                              Georgette A. Miller, Esq.
                                              Counsel for Applicants:
                                              Law Offices of Georgette Miller
                                              335 Evesham Avenue
                                              Lawnside, NJ 08045

{00285396;v1}