## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Charles Teagle | : CHAPTER 13 |
| | : |
| Debtors, | : CASE NO. 15-18900 |

### CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Fee Application on August 7, 2017, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtors Attorney's Supplemental Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated: August 27, 2017                                         /s/ Georgette Miller
                                                              Georgette Miller

                                                              Law Offices of Georgette Miller
                                                              Esq., P.C
                                                              335 Evesham Avenue
                                                              Lawnside, NJ 08045
                                                              856-323-1100
                                                              Bar I.D. 86358
                                                              Attorney for Debtor

{00285396;v1}