IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHARLES DOUGLAS TEAGLE     CHAPTER 13

DEBTOR(S)     BANKRUPTCY NO: 15-18900

## ORDER TO ALLOW COUNSEL FEES

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,600.00.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2 less $150.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: September 19, 2017**     _____
                                                Bankruptcy Judge

Dated: August 4, 2017

cc:     William C. Miller
        Chapter 13 Trustee
        1234 Market Street, Suite 1813
        Philadelphia, PA 19107

        US Trustee's Office
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107

        Charles Douglas Teagle
        8636 Rugby Street
        Philadelphia, PA 19150

{00285372;v1}