# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 15-18900-AMC

CHARLES DOUGLAS TEAGLE

8636 RUGBY STREET

PHILADELPHIA, PA 19150-

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

CHARLES DOUGLAS TEAGLE

8636 RUGBY STREET

PHILADELPHIA, PA 19150-

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Date: 10/19/2018

                         /S/ William C. Miller
                         _____
                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee