# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 15-18900-AMC

CHARLES DOUGLAS TEAGLE

8636 RUGBY STREET

PHILADELPHIA, PA 19150-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHARLES DOUGLAS TEAGLE

8636 RUGBY STREET

PHILADELPHIA, PA 19150-

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Date: 3/26/2019

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee