UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES DOUGLAS TEAGLE                    Chapter 13

Debtor                    Bankruptcy No. 15-18900-AMC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:
CHARLES DOUGLAS TEAGLE

8636 RUGBY STREET

PHILADELPHIA, PA 19150-