United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18900-amc
Charles Douglas Teagle                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: May 08, 2019
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
```
db             +Charles Douglas Teagle,    8636 Rugby Street,    Philadelphia, PA 19150-2706
cr            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    19001 S. Western Ave,    WF-21,
                Torrance, CA  90509)
13646822       +Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
13646828       +Lease Rental,    45 Haverhill St,    Andover, MA 01810-1499
13646833       +PGW,    800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
13646834       +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13729402       +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13646835       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13646836        Superiorcu,    1000 Crosskeys Rd,    Collegeville, PA 19426
13673153       +TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
13646840       +Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
14263800       +US Bank National Association,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
13646821       +allied interstate,    7525 West Campus Road,    New Albany, OH 43054-1121
13646823        comcast,   po box 306,    Southeastern, PA 19398-3006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:40     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:18
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2019 02:42:36     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13646820       +E-mail/Text: EBNProcessing@afni.com May 09 2019 02:42:32     Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
13654246        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2019 02:49:23
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13686536        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2019 02:49:23
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13734223        E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:40     City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13646942       +E-mail/Text: bankruptcy@cavps.com May 09 2019 02:42:36     Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13646824       +E-mail/Text: bknotice@ercbpo.com May 09 2019 02:42:31     Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13646825       +E-mail/Text: bankruptcy@fncbinc.com May 09 2019 02:42:08     First National Collect,
                610 Waltham Way,    Mccarran, NV 89437-6695
13646826       +E-mail/Text: bankruptcy@fncbinc.com May 09 2019 02:42:08
                First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89437-6695
13646827       +E-mail/Text: bfinnall@hillcrestdavidson.com May 09 2019 02:42:15     Hillcrest Davidson & A,
                850 N Dorothy Dr Ste 512,    Richardson, TX 75081-2794
13646829       +E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2019 02:49:38     LVNV Funding,
                PO Box 10497,    Greenville, SC 29603-0497
13677556       +E-mail/Text: bknotices@totalcardinc.com May 09 2019 02:42:28     Mid America Bank & Trust,
                TCI,    PO Box 5217,    Sioux Falls, SD 57117-5217
13646830       +E-mail/Text: blegal@phfa.org May 09 2019 02:42:29     Pa Housing Finance Age,    211 N Front St,
                Harrisburg, PA 17101-1406
13646832       +E-mail/Text: bankruptcygroup@peco-energy.com May 09 2019 02:42:14     Peco,    PO Box 13439,
                Philadelphia, PA 19101-3439
13714483       +E-mail/Text: peritus@ebn.phinsolutions.com May 09 2019 02:42:56
                Peritus Portfolio Services II, LLC / NCEP,    P.O. Box 141419,    Irving, TX 75014-1419
13698205        E-mail/Text: appebnmailbox@sprint.com May 09 2019 02:42:26     Sprint Corp.,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13646841       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 09 2019 02:42:08
                Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13646842       +E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:40     Water Revenue Bureau,
                1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13646839       +E-mail/Text: bknotices@totalcardinc.com May 09 2019 02:42:28     total card inc,
                5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
                                                                                             TOTAL: 21
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: May 08, 2019
                              Form ID: pdf900          Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13646831*      +Pa Housing Finance Age,    211 N Front St,    Harrisburg, PA 17101-1406
13646837*       Superiorcu,    1000 Crosskeys Rd,    Collegeville, PA 19426
13646838*       Superiorcu,    1000 Crosskeys Rd,    Collegeville, PA 19426
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              BARBARA A. FEIN    on behalf of Creditor    Toyota Motor Credit Corp bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Debtor Charles Douglas Teagle info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE   MILLER    on behalf of Plaintiff Charles Douglas Teagle info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    US BANK NATIONAL ASSOCIATION (TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 11
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES DOUGLAS TEAGLE                                  Chapter 13

                        Debtor            Bankruptcy No. 15-18900-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-


Debtor:
CHARLES DOUGLAS TEAGLE

8636 RUGBY STREET

PHILADELPHIA, PA 19150-